442 A.2d 351

Commonwealth v. Ream, Appellant.
Petition for Allowance of Appeal Denied June 2, 1982.

Submitted March 11, 1981.  Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.